# EXHIBIT 1

# Standards of Student Conduct 2017-18








**Mike Scott**
Superintendent

**Adam Stewart**
Chief Financial Officer

**Kona Lew-Williams**
Chief Human Resources Officer

**Travis Reiman**
Assistant Superintendent

**Dayle Spitzer**
Assistant Superintendent

District Administration: 503-844-1500

## Board of Directors

Lisa Allen
Wayne Clift
Martin Granum
Erika Lopez
Jaci Spross
Kim Strelchun
Mark Watson

## MISSION STATEMENT

In May 2011, the Hillsboro School District Board of Directors adopted a mission to guide planning and programs for the next several years.

The mission of the Hillsboro School District
is to engage and challenge all learners to
ensure academic excellence.

You will recognize efforts to achieve the mission in our curriculum program, in our teaching methods, in our co-curricular programs, and in our standards of behavior for all students.

## STANDARDS OF STUDENT CONDUCT 2017-18

*Standards of Student Conduct* is reviewed annually by Hillsboro School District administrators to align with state and federal law, Board policy, and District practices.

*Standards of Student Conduct* is published for the students, parents, patrons, and staff of the Hillsboro School District by the District's Office for School Performance, 3083 NE 49th Place, Hillsboro, Oregon 97124.

Your comments are invited.  Phone: 503-844-1500; Fax: 503-844-1540

## DISCLAIMER STATEMENT

This document is based on updated state and federal laws and regulations at the time of publication.  Any changes in state and federal law supersede the contents of this manual.

## STATEMENT OF NONDISCRIMINATION

It is the policy of Hillsboro School District that no person be subjected to discrimination based on race, color, national origin, religion, sex, sexual orientation, age, disability, parental status, or marital status in any program, service, or activity for which the District is responsible.  The District will comply with the requirements of state and federal law concerning nondiscrimination, and will strive by its actions to enhance the dignity and worth of all persons.



**Dear Students and Parents,**

When we bring more than 20,000 students together each school day, we agree to abide by certain behavioral standards to ensure that our schools operate in a respectful, positive, and safe environment.

*Standards of Student Conduct* contains a positive set of guidelines and rules to ensure success and safety for each student, parent / guardian, staff, and community member.  Please review *Standards of Student Conduct*, discuss the contents and expectations with your student(s), and reinforce the importance of appropriate behavior and responsible action on school property, when riding District transportation, and while attending District events.

Following the established guidelines in *Standards of Student Conduct* will help each of us develop a greater sense of pride and ownership in our community schools.  Join me in ensuring that every student has the opportunity to not only succeed in school, but also excel in their school career with the Hillsboro School District in a respectful, positive, and safe environment.

Sincerely,

*Mike Scott*

Mike Scott
Superintendent

## EXPECTATIONS FOR LEARNING

The District believes all students can be successful learners.  Students have a responsibility for their own learning, for supporting the learning of others, and for contributing to a positive school environment through positive character.

While families have the primary responsibility for the character and moral development of their children, schools play an important partnership role in contributing to the development of students' ethics and strong moral character.

The Board of Directors believes schools support good character and ethical development by providing clear interactions with students, through behavior expectations and school rules that are fairly enforced, and through communication with parents.

Staff and administrators will reinforce good habits and conduct.  One tool that will be used consistently is the *Standards of Student Conduct* handbook.  You will find student rights; student, parent, and school responsibilities; the District's philosophy of discipline; and rules governing student conduct in this document.  Every effort will be made to support ethical behavior in our school environment.

### Agreements and Commitments

Our staff and community are critical elements in the equation of student achievement.  Creating a structure, curriculum, and environment in which students are thriving and successful requires a baseline of common agreements and commitments.  Our current Strategic Plan (2016-2021) outlines these agreements and commitments.

### In Hillsboro, we are connected:

**To Career**
- Students deserve academic content that is engaging, connects to their personal goals, and is responsive to the world around them.
- Students deserve clear pathways to career preparedness.

**To Culture**
- Students deserve to have experiences that lead them to believe that diversity and multilingualism are assets.
- Students deserve to have experiences that allow them to see their own and others' cultures reflected in their learning opportunities.

**To Community**
- Students deserve to be surrounded by caring adults who are committed to working together in professional learning communities to ensure equitable support, experiences, and outcomes for each student.
- Students deserve at least one identified adult who knows them by name, strength, and need, and ensures that they are successful in their K-12 education and beyond.

**REF: Policy IF-AR**

## FREEDOM OF EXPRESSION

Students have a general right to freedom of expression within the school system. The District requires, however, that students exercise their rights fairly, responsibly, and in a manner not disruptive to other individuals or to the educational process.

Generally, students and student organizations are free to examine and discuss questions of interest to them, and to express opinions publicly and privately within the school system, provided such examination and expression is fair and responsible, and is not disruptive to other individuals or to the educational process. Students may support causes by orderly means that do not disrupt other individuals or the operation of the school.

In the classroom, students are free to examine views offered in any course of study, provided such examination is expressed in a responsible manner.

See policy IB for information on freedom of association and publications.

**REF: Policy IB**

## STUDENT ORGANIZATIONS

All members of the school community, including students, faculty, administrators, and the Board are responsible for the activities that are conducted in the schools. Besides being accountable to one another, these groups are held accountable for the public image of the District.  It is important, therefore, to the orderly use of school facilities that the use of all space be approved

## DRESS AND GROOMING

Dress and grooming restrictions are imposed when they are related to intimidating behavior or interfere with the learning of others. We wish to work cooperatively with students and parents / guardians to clarify and apply dress and grooming standards.

Students' attire has an important influence on the attitude toward learning within any school. Although matters of taste should appropriately be left up to students and their parents / guardians, we feel a strong responsibility as the District to provide recommended guidelines for parents / guardians and students to use in determining what is and is not appropriate. The key guideline is that dress and grooming should never interfere with anyone's right to learn or teach, or endanger health or safety. Where the nature of a learning activity rules out certain modes of dress and grooming because of health or safety, appropriate standards will be developed and made available to students involved in those activities.

1. The following general guidelines are designed broadly enough to allow individual expression.
   1.1 Appropriate shoes must be worn at all times.
   1.2 An adequate coverage of the body is required. Revealing tops, exposed underwear, and very short skirts are inappropriate.
   1.3 Exceptions to 1.1 and 1.2 above may be allowed in the P.E. areas only.
   1.4 Clothing decorated or marked with illustrations, words, or phrases that have sexual innuendoes, are vulgar, obscene, or promote behavior violating school conduct standards is not permitted. Gang-related symbols, colors, or insignias are not allowed. Clothing decorated or marked with illustrations, words, or phrases that are disruptive or potentially disruptive, and/or that promote superiority of one group over another is not permitted.
   1.5 Shorts are allowed at school, provided they are appropriate. Bathing suits are not allowed at school.
   1.6. Schools may require that students leave clothing in their locker if that clothing could be worn to conceal weapons or to intimidate others.
   1.7 Clothing that could be harmful to self or others (e.g. studded collars, chains, spiked jewelry and adornments) is not permitted.
   1.8 Clothing displaying drug and / or alcohol symbols or paraphernalia is not permitted.
   1.9 Bedtime clothing (pajamas and slippers) is not appropriate, except as part of a designated "dress-up" or spirit day.

The following dress and grooming restrictions pertain to Gang / Secret Society. Modifications to these restrictions will occur as recommended by the Inter-Agency Gang Enforcement Team (IGET).

2. Certain clothing, personal property, and other adornments worn for the purpose of identifying youth gang membership or youth gang support clearly interfere with the learning process and school climate. Examples include, but are not limited to:
   2.1 Clothing with the numbers 12, 13, 14, 18, or those same numbers in reverse order, or numbers which, when added or subtracted, equal any of the previous listed numbers, or any other number associated with gang membership (this does not apply to school-issued clothing or approved youth organization uniforms worn by members of a Hillsboro School District team);
   2.2 Dressing in a single solid color;
   2.3 Baseball caps with initials or logos that indicate gang membership or support;
   2.4 Stylized writing, numerals, or designs associated with gang membership;
   2.5 Accessories (e.g., bandanas, head and hand gear);
   2.6 Gloves (worn indoors) and hanging belts;
   2.7 Sunglasses (worn indoors);
   2.8 Tattoos associated with gang membership (must be covered);
   2.9 Eyebrows shaved with a design of one, two, or three shaved lines;

2.10 Emblems, badges, patches, or symbols espousing violence, hate, racist views, or gang membership.

Such clothing, personal property, and adornments are prohibited on District property and at school-sponsored events.

Initial referrals by teachers in connection with these guidelines will be referred to an administrator. In cases of obvious inappropriateness, the student's parents / guardians will be contacted, offending articles / clothing will be photographed, and students will be placed on a gang-behavior contract. When dress or grooming clearly disrupts learning or presents a health or safety hazard, the student will be required to change attire prior to returning to class. Such activity may result in serious disciplinary action.

**REF: Policies JFCA and JFCEA-AR**

### DRESS AND GROOMING FOR OPTIONAL ACTIVITIES

It is the intent of the Board to give every encouragement to advisors of District activities to establish high expectations, particularly in areas of dress and grooming, for students representing our school in public. In voluntary activities where students represent the school, the advisor or coach may recommend required dress and grooming standards to the principal. Upon approval by the principal, students will be notified of the standards, and any student not in compliance may be denied the opportunity to participate. Expectations must be clear at the outset and should be within the financial capability of all students.

**REF: Policy JFCA**

### PERSONAL ELECTRONIC DEVICES AND SOCIAL MEDIA – STUDENTS

Students may be allowed to use and possess personal electronic devices on District property and at District-sponsored activities, provided such devices are not used in any manner that may disrupt the learning environment or District-sponsored activities, or violate Board policies, administrative regulations, acceptable use guidelines, school or classroom rules, or state and federal law.[2]

A "personal electronic device" is a device not issued by the District that is capable of electronically communicating, sending, receiving, storing, recording, reproducing and/or displaying information and data.

If the District implements a curriculum that uses technology, students may be allowed to use their own personal electronic devices to access the curriculum. Students who are allowed to use their own devices to access the curriculum will be granted access to any application or electronic materials when they are available to students who do not use their own devices, or provided free of charge to students who do not use their own devices for curriculum.

The District will not be liable for personal electronic devices brought on District property or to District-sponsored activities. The District will not be liable for information or comments posted by students on social media websites when the student is not engaged in District activities and not using District equipment.

Social media tools (as defined in JFCEB-AR) may be used by students in a manner that supports the instructional and learning environment. The District will not be responsible for information / comments posted by students on social media websites when the student is not using social media tools directly related to District activities. Administrative regulations may include grade- or age-level possession and/or use restrictions by students on District property and at District-sponsored activities, consequences for violations, a process for responding to a student's request to use a personal electronic device, including an appeal process if the request is denied, and such other provisions as the Superintendent / designee may deem necessary.

**REF: Policy JFCEB and JFCEB-AR**

### STUDENT DEVICE USE GUIDELINES

When accessing the District's technology hardware and network, students agree to use it in a responsible, ethical, and legal manner in support of teaching, learning, District work, and the attainment of the Board's goals. Use

---

[2] The taking, disseminating, transferring, or sharing of obscene, pornographic, or otherwise illegal images or photographs, whether by electronic data transfer or otherwise (commonly called texting, sexting, emailing, etc.) may constitute a crime under state and/or federal law. Any person taking, disseminating, transferring, or sharing obscene, pornographic, or otherwise illegal images or photographs will be reported to law enforcement and/or other appropriate state or federal agencies.

EXHIBIT 2

